FILED
2010 May-24  PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **KAY C. CIRLOT, Personal Representative of the Estate of Ivy Cliff Baxley C. Weldon, deceased,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JOHN GILLON; RONDY ROGERS; WAFFLE HOUSE, INC.,** )<br>)<br>)<br>**Defendants.** ) | Case No.  4:09-cv-01771-HGD |

## ORDER

In accordance with the Memorandum of Opinion entered this day, the court hereby **ADOPTS** the Report and **ACCEPTS** the Recommendations of the Magistrate Judge.  It is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff's Motion to Remand and Amended Motion to Remand (Docs. #8 & 9) are **DENIED** and that Defendants John Gillon and Rondy Rogers are **DISMISSED** as Defendants from this action as fraudulently joined.

**DONE** and **ORDERED** this ____24th____ day of May, 2010.

_R. David Proctor (signature)_

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE